1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No.
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 THE BOARD OF TRUSTEES, in their        ) No.    10-cv-5539 SI
   capacities as Trustees of the CEMENT   )
12 MASONS HEALTH AND WELFARE TRUST        ) EX PARTE APPLICATION FOR
   FUND FOR NORTHERN CALIFORNIA;          ) CONTINUANCE OF CASE
13 CEMENT MASONS PENSION TRUST FUND       ) MANAGEMENT CONFERENCE;
   FOR NORTHERN CALIFORNIA; CEMENT        ) (PROPOSED) ORDER
14 MASONS VACATION HOLIDAY TRUST          )
   FUND FOR NORTHERN CALIFORNIA; and      )
15 CEMENT MASONS APPRENTICESHIP AND       )
   TRAINING TRUST FUND FOR NORTHERN       )
16 CALIFORNIA                             )
                                          )
17            Plaintiff,                  )
                                          )
18        v.                              )
                                          )
19 JAMES RAY BECK, individually and doing )
   business as JRB GRADING & PAVING; and  )
20 JRB GRADING & PAVING                   )
                                          )
21            Defendant.                  )
                                          )
22

23     **TO: JAMES RAY BECK, individually and doing business as J R B GRADING &**

24 **PAVING; and J R B GRADING & PAVING:**

25     Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case

26 Management Conference scheduled for July 29, 2011 at 3:00 p.m. be continued for sixty (60) days.

27     The complaint in this matter was filed on December 7, 2010. Defendants were served with

28 process in this matter on December 17, 2010. Defendants filed an Answer in this case on February

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order Case No. 10-cv-5539-SI

1, 2011.  Plaintiffs served discovery on Defendants.  On May 20, 2011, Plaintiffs filed a Motion to Consolidate the present action with three other cases and to modify the scheduling order in the following three cases: Cement Masons Trust Funds v. James Ray Beck, et al., U.S. District Court Case No. 10-CV-05539 SI, Cement Masons Trust Funds v. Paul T. Beck Contractors, Inc., U.S. District Court Case No: 10-CV-01492 EDL, and Laborers Trust Funds v. Paul T. Beck Contractors, Inc., U.S. District Court Case No: 10-CV-01493 EDL.  Thereafter, on May 27, 2011, the parties filed a Stipulation to consolidate all of these cases and modify the scheduling orders.  The earliest filed case in this matter is currently before Magistrate Judge La Porte (Cement Masons Trust Funds v. Paul T. Beck Contractors, Inc., U.S. District Court Case No: 10-CV-01492 EDL).  Judge LaPorte's chambers have informed Plaintiffs that an Order is imminent on the Stipulations filed by the parties.

Plaintiffs also filed an Administrative Motion to Relate this case to Case No. C 10-cv-05540 THE on June 29, 2011.  An Administrative Motion to Relate all four cases that are the subject of the Motion to Consolidate was filed on July 15, 2011 in Cement Masons Trust Funds v. Paul T. Beck Contractors, Inc., U.S. District Court Case No: 10-CV-01492 EDL, the earliest filed case.  Plaintiffs are awaiting an Order by the Court on the Motion to Consolidate these matters, which is unopposed and set for hearing on July 26, 2011.

Plaintiffs anticipate that the Court will consolidate these cases and that a new scheduling order will be issued by Judge LaPorte.  Given these facts, Plaintiffs request that the Case Management Conference set for July 29, 2011 be continued for sixty (60) days.

The above stated facts are set forth in the accompanying Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: July 18, 2011

>                                      WEINBERG, ROGER & ROSENFELD
>                                      A Professional Corporation
>
>                                      By:    /s/ *Concepcion E. Lozano-Batista*
>                                             CONCEPCIÓN E. LOZANO-BATISTA
>                                             Attorneys for Plaintiffs

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order Case No. 10-cv-5539-SI

1  **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

2  Based upon the foregoing Ex Parte Application for Continuance of Case Management

3  Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to

4  Continue Case Management Conference, the Court orders a continuance of the Case Management

5  Conference for sixty (60) days. In addition, the Court orders:

9  Dated:  7/20/11

10  _____
11  HONORABLE SUSAN ILLSTON
    UNITED STATES DISTRICT COURT JUDGE

12  126820/628457

17  The case management conference is continued to 9/9/11 @
18  2:30 p.m.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -
Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order Case No. 10-cv-5539-SI