**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES et al,

       Plaintiff(s),

     v.

JAMES RAY BECK et al,

       Defendant(s).

*And related actions as listed.*
_____/

No. 10-05539 EDL
     10-05540 EDL

ORDER SETTING CASE
MANAGEMENT CONFERENCE

[Reassigned Case]

TO ALL PARTIES AND COUNSEL OF RECORD:

     The above-entitled matter having been reassigned to the Honorable Elizabeth D. Laporte,  for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on September 6, 2011 at 10:00 a.m. in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

     The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10.   A joint Case Management Conference statement shall be filed ten (10) days prior to the conference.

     All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**."  One copy shall be clearly marked as a <u>chambers</u> copy.

Dated:  July 29, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge